## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY MASCIULLI,<br>        **Plaintiff,**<br><br>     **v.**<br><br>IMPERIAL SECURITY SERVICES, INC.,<br>IMPERIAL SECURITY, INC., IMPERIAL<br>GUARD AND DETECTIVE SERVICES,<br>INC., JOHN DOE 1, AND ABC<br>CORPORATION A,<br>       **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  24CV4130 |

## O R D E R

**AND NOW**, this 19th day of May, 2026, in consideration of Defendants' Motion for Summary Judgment (ECF Nos. 20, 22), and Plaintiff's response in opposition thereto (ECF No. 21), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED**.  The Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

BY THE COURT:


S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, J.**